**DECLARATION OF SERVICE**

Lauren Byers, hereby declares and states as follows:

That on the 25th day of August 2026, I caused to be sent, via Certified Mail, tracking number 9589071052704389678772, a copy of the Respondent's letter response dated August 25, 2026 to the following street address:

Alex Garcia Fernandez
A# 240478451
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232

The undersigned affirms under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
August 25, 2026

By: /s/ Lauren Byers
Lauren Byers
Paralegal Specialist