**DECLARATION OF SERVICE**

Lauren Byers, hereby declares and states as follows:

That on the 27th day of August 2026, I caused to be sent, via Certified Mail, tracking number 9589071052704389678789, a copy of the Government's letter dated August 27, 2026 to the following street address:

Alex Garcia Fernandez
A# 240478451
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232

I further sent an additional copy to Petitioner's last known home address, tracking number 9589071052704389678796:

Alex Garcia Fernandez
110-37 Saultell Ave
Flushing, NY 11368

The undersigned affirms under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
August 27, 2026

By: */s/ Lauren K. Byers*
Lauren K. Byers
Paralegal Specialist